B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

In re  NATHANIEL J. GRANT
       SARAH E. GRANT_____,         Case No. 11-34035_____

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Midland Funding LLC by American InfoSource LP as agent | VERIZON |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Midland Funding LLC
by American InfoSource LP as agent
Attn: Department 1
PO Box 4457
Houston, TX 77210-4457

Court Claim # (if known):      7
Amount of Claim:       $382.40
Date Claim Filed:       09/15/2011

Phone:  (877) 893-8820
Last Four Digits of Acct #:    2105

Phone: _____
Last Four Digits of Acct. #:    2105

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Lovetta Walls_____         Date: 04/19/2013_____
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.